GOODMAN, Respondent, *v.* GOETZ, Appellant.

(*Common Pleas of New York City and County, General Term.*  November 3, 1890.)

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Lexow & Leo,* for appellant.  *Gruber, Bard & Landon,* for respondent.
No opinion.  Reargument ordered.

---

LYMAN *et al. v.* STEPHENSON.

(*Common Pleas of New York City and County, General Term.*  November 3, 1890.)

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*J. N. Hayes,* for appellant.  *F. T. Murphy,* for respondents.
No opinion.  Motion to dismiss appeal denied, and case struck off calendar.

---

MEINECKE *v.* DE KRAFT.

(*Common Pleas of New York City and County, General Term.*  November 3, 1890.)

Appeal from second district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.  Judgment affirmed, with costs.

---

SMITH *v.* BERNHARD.

(*Common Pleas of New York City and County, General Term.*  November 3, 1890.)

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*J. H. Hildreth,* for appellant.  *Seaman & Conger,* for respondent.

DALY, C. J., (*orally.*)  The complaint is sufficient in alleging a false representation made by the defendant with knowledge of its falsity, and the injury to the plaintiff, resulting from the insolvency at the time of the party concerning whom the representation was made, it having been made by the defendant to induce the plaintiff to give that party credit.  The defendant is not an agent, but a principal, because he directly sent to the plaintiff the written false representation to induce them to make the sale which they afterwards did.  He made the false statement with full knowledge of the actual condition of his wife's business.  So, if she were insolvent at the time, he must have known the fact, because it is charged in the complaint that he was managing her business.  Judgment affirmed.

---

TURNER, Appellant, *v.* FOWLER, Respondent.

(*Common Pleas of New York City and County, General Term.*  November 3, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Smith & Bowman,* for appellant.  *Abbott Bros.,* for respondent.
No opinion.  Motion to dismiss appeal for non-service of printed papers granted, with costs.

---

BEATTY, Appellant, *v.* THELEINANN, Respondent.

(*Common Pleas of New York City and County, General Term.*  November 5, 1890.)

Plaintiff appeals from an order entered May 15, 1890, declaring action abated.

*J. M. Williams*, for appellant.    *Fallon, Brunnemer & Crandall*, for respondent.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

No opinion.    Order affirmed, with costs.    See 8 N. Y. Supp. 645.

---

BEATTY, Respondent, *v.* THELEINANN, Appellant.

*(Common Pleas of New York City and County, General Term.*    November 5, 1890.)

Defendant appeals from an order entered May 31, 1890, sustaining the refusal of the clerk to tax his costs.

*Fallon, Brunnemer & Crandall*, for appellant.    *J. M. Williams*, for respondent.

No opinion.    Order affirmed, with costs.    See 8 N. Y. Supp. 645.

---

MEYERS, Respondent, *v.* METROPOLITAN EL. R. Co. *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.*    November 5, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Davies & Rapallo*, for appellants.    *Abbett & Fuller*, for respondent.

No opinion.    Motion to dismiss appeal for non-service of papers denied, without costs, upon condition that defendants serve printed papers on or before November 11, 1890.

---

FULLER, Respondent, *v.* KEMP, Appellant.

*(Common Pleas of New York City and County, General Term.*    November 6, 1890.)

Appeal from special term.

*R. Floyd Clarke*, for appellant.    *H. W. Thompson*, for respondent.

No opinion.    Order denying defendant's motion to compel service of reply affirmed, with costs.

---

HALL, Respondent, *v.* DENNERLEIN, Appellant.

*(Common Pleas of New York City and County, General Term.*    November 6, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. C. Henderson*, for appellant.    *Thos. S. Bassford*, for respondent.

No opinion.    Motion to dismiss appeal and strike cause from calendar for non-service of printed papers granted, with costs.

---

MOLLOY, Appellant, *v.* JOHNSON, Respondent.

*(Common Pleas of New York City and County, General Term.*    November 7, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*P. C. Talman*, for respondent.

No opinion.    Motion to dismiss appeal for non-service of printed papers granted, with costs.

---

KLINE *et al.*, Respondent, *v.* W. D. WILSON PRINTING INK Co., Appellant.

*(Common Pleas of New York City and County, General Term.*    November 10, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Ph. Carpenter*, for appellant.    *Horwitz & Herschfield*, for respondent.

No opinion.    Judgment affirmed, with costs.